[No. 51148-3-I.   Division One.   February 10, 2003.]

Senaite K. Bihon, *Respondent*, v. Mulegeta S. Beyene, et al., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-08825-2, Suzanne M. Barnett, J., entered July 15, 2002. *Reversed* by unpublished per curiam opinion.

[No. 20287-9-III.   Division Three.   February 11, 2003.]

The State of Washington, *Respondent*, v. Damien A. Wilson, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 01-8-00162-1, Michael E. Schwab, J., entered June 12, 2001. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Kato, J.

[No. 20327-1-III.   Division Three.   February 11, 2003.]

Byron E. Williams, et al., *Appellants*, v. Ronald K. Zaccheo, et al., *Respondents*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 97-2-00133-8, Rebecca M. Baker, J., entered June 14, 2001. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Sweeney, J.

[No. 20525-8-III.   Division Three.   February 11, 2003.]

The State of Washington, *Respondent*, v. Jeffery Arthur Wood, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 98-1-02315-1, C. James Lust, J., entered November 5, 2001. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Schultheis and Kato, JJ.